# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

MASHALLAH, INC., an Illinois Corporation and
RANALLI'S PARK RIDGE, LLC d/b/a HOLTS.,

Plaintiff(s),

v.

WEST BEND MUTUAL INSURANCE
COMPANY, a Wisconsin Corporation,

Defendant(s).

Case No. 20 C 5472
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered in favor of defendant West Bend Mutual Insurance Company and against plaintiffs Mashallah Inc. and Ranalli's Park Ridge.

---

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion to dismiss.

Date: 2/23/2021                    Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk